# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHON GAMING CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK; AND
THE HONORABLE JAMES CROCKETT,
DISTRICT JUDGE,
Respondents,
and
THE DEPARTMENT OF
ADMINISTRATION APPEALS OFFICE,
AN AGENCY OF THE STATE OF
NEVADA; SIERRA NEVADA
ADMINISTRATORS; AND JAMES KELLY,
Real Parties in Interest.

No. 71390

FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT RELIEF*

This original petition for a writ of certiorari, mandamus, or prohibition challenges a district court order directing the production of documents and the district court's continuing exercise of jurisdiction over the underlying petition for judicial review.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *Zamarripa v. First Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.2d 1386, 1387 (1987). In particular, although petitioner asks this court to order the district court to statistically close the underlying matter, it does not appear that petitioner has formally filed a motion in district court asking for that relief. In the

absence of formal motion practice and a decision from the district court thereon, we are unable to meaningfully review the jurisdictional issues presented in this writ petition. Accordingly, we decline at this time to consider the jurisdictional issues. Because the issue regarding copy costs appears to be somewhat intertwined with the jurisdictional issues, we likewise decline at this time to consider that issue. We therefore

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Hon. James Crockett, District Judge
     Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
     Alan R. Johns
     Eighth District Court Clerk